UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL W. MCMAHON and
CAROLYN STEPP,

        Plaintiffs,

-vs-                                           Case No. 2:06-cv-179-FtM-99SPC

DON HUNTER, individual, JOSE LOPEZ, et al.,

        Defendant.
_____

## ORDER

This matter comes before the Court on Plaintiffs' Motion Requesting the Court Send Order of Dismissal and Judgment in this Case (Doc. #346) filed on August 10, 2010. Plaintiffs request additional copies of the Order of Dismissal (Doc. #342) and Judgment (Doc. #344) entered in this case. The Court notes that copies of these two Orders were sent to the Plaintiffs on July 27 and 28, 2010 and were re-mailed to them on August 5, 2010. The Court has rechecked the address supplied by Plaintiffs and finds no reason the Court's mail should not be deliverable to them. Further, this case is closed. Thus, the Motion is due to be denied. Accordingly, it is now

**ORDERED:**

Plaintiff's Motion Requesting the Court Send Order of Dismissal and Judgment in this Case (Doc. #346) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   13th   day of August, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record