UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL W. MCMAHON and
CAROLYN STEPP,

                Plaintiffs,

-vs-                                                  Case No. 2:06-cv-179-FtM-99SPC

DON HUNTER, individual, JOSE LOPEZ, et al.,

                Defendant.
_____

## ORDER

This matter comes before the Court sua sponte based upon a subpoena submitted to the Clerk's office in the Fort Myers Division of the Middle District of Florida on August 16, 2010 by Daniel W. McMahon and Carolyn Stepp in regard to the above referenced case. In review of the Subpoena, the Court will construe the Subpoena as a Motion Seeking Court Records and will direct the clerk to file it in the instant case as such.

The Court notes the Plaintiffs have previously been mailed, and re-mailed copies of pleadings in this case and the case is no longer pending before this court as a Judgment was entered on July 28, 2010. However, having reviewed the request, the Court will extend the courtesy of allowing for another mailing of the docket sheet. Therefore, the Clerk is directed to provide Plaintiffs with a copy of the docket sheet including court notations.

Accordingly, it is now

**ORDERED:**

The Plaintiffs subpoena construed as a Motion Seeking Court Records is **GRANTED**. The

clerk is directed to provide the Plaintiffs with a copy of the docket sheet including court notations.

**DONE AND ORDERED** at Fort Myers, Florida, this <u>  28th  </u> day of September, 2010.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record