UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL W. MCMAHON and
CAROLYN STEPP,

          Plaintiffs,

-vs-                                              Case No.  2:06-cv-179-FtM-99SPC

DON HUNTER, individual, JOSE LOPEZ, et al.,

          Defendant.
_____

## ORDER

This matter comes before the Court on Plaintiff's Motion for Government to Pay Costs of Transcripts (Doc. #359) filed on November 26, 2010. Plaintiff *pro se* Daniel W. McMahon moves the Court pursuant to 28 U.S.C. § 753(f) to have the Government pay fees for transcripts furnished to him so that he may prosecute his appeal. Pursuant to Section 753(f), fees for transcripts furnished in proceedings to persons permitted to appeal *in forma paurperis* shall be paid by the United States if the trial judge certifies that the appeal is not frivolous. In this case, the District Court has denied Plaintiff's Motion for Permission to Appeal *In Forma Pauperis* because his appeal is not taken in good faith. (Doc. #358). Thus, Plaintiff has not been granted *in forma pauperis* status for his appeal and is not entitled to have fees for transcripts paid by the Government. Accordingly, it is now

**ORDERED:**

Motion for Government to Pay Costs of Transcripts (Doc. #359) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __29th__ day of November, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record